**Robert L. HARTLEY, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Jan. 19, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 19th day of January, 2012, the Order of the Commonwealth Court is **AFFIRMED.**